# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
**Andre W. Wong**                         )
       **Plaintiff,**                  )      **1:19-cv-10335-MPK**
   **v.**                                     )
                                       )
**FMR LLC et al.**                            )
       **Defendants.**               )
_____ )

## ORDER OF RECUSAL

**Kelley, M.J.**

     I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.


**SO ORDERED**.


                                              /s/ M. Page Kelley
                                              M. Page Kelley
                                              United States Magistrate Judge

Date:  February 22, 2019