UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:19-cv-10335-LTS

IN RE. FIDELITY ERISA LITIGATION

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Memorandum and Order (CM/ECF No. 65) dated February 14, 2020, allowing [45] Defendants' Motion to Dismiss, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

February 14, 2020