UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE FIDELITY ERISA FEE LITIGATION | :  C. A. No. 1:19-CV-10335-LTS <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Janice Anderson, Jason Bailis, Natalie Donaldson, Cynthia Eddy, Myrl Jeffcoat, Thomas Goodrich, Kayla Jones, Karen Pettus, Gina Summers, Andre W. Wong, and Heather Woodhouse, in the abovenamed matter, hereby appeal to the United States Court of Appeals For the First Circuit from the February 14, 2020 Closing Order Dismissing Case (Dkt. No. 66) and the February 14, 2020 Memorandum and Order on Motion to Dismiss (Dkt. No. 65) entered in this action.

Dated: March 6, 2020                    Respectfully submitted,

/s/ David Pastor
David Pastor (BBO #391000)
Pastor Law Office, LLP
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701
Email: dpastor@pastorlawoffice.com

1

James E. Miller
Laurie Rubinow
Shepherd Finkelman Miller
 & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: lrubinow@sfmslaw.com
         jmiller@sfmslaw.com

Ronald S. Kravitz
Kolin C. Tang
Shepherd Finkelman Miller
 & Shah, LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: rkravitz@sfmslaw.com
         ktang@sfmslaw.com

Nathan Zipperian
Shepherd Finkelman Miller
 & Shah, LLP
1625 N. Commerce Pkwy Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
Email: nzipperian@sfmslaw.com

Chiharu G. Sekino
Jaclyn M. Reinhart
Shepherd Finkelman Miller
 & Shah, LLP
1230 Columbia Street Suite 1140
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367
Email: csekino@sfmslaw.com
         jreinhart@sfmslaw.com

Sahag Majarian
Law Offices of Sahag Majarian
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
Email: sahagii@aol.com

Daniel E. Bacine
Mark R. Rosen
Barrack, Rodos & Bacine
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
Email: dbacine@barrack.com
        mrosen@barrack.com

Jeffrey Block
Block & Leviton LLP
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
Email: jblock@blockesq.com

R. Joseph Barton (*pro hac vice to be filed*)
Block & Leviton LLP
1735 20th St NW,
Washington DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com

>Dena C. Sharp
>Adam E. Polk
>Elizabeth A. Kramer (*pro hac vice to be filed*)
>Girard Sharp LLP
>601 California Street, Suite 1400
>San Francisco, CA 94108
>Telephone: (415) 981-4800
>Facsimile: (415) 981-4846
>Email: dsharp@girardsharp.com
>         apolk@girardsharp.com
>         ekramer@girardsharp.com
>
>***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

>/s/David Pastor
>David Pastor